AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KAYE J. HARPER,**

       **Plaintiff,**

                               **JUDGMENT IN A CIVIL CASE**

**vs.**

**MICHAEL J. ASTRUE,**           **CASE NO.  C2-07-764**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                             **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed August 14, 2008, JUDGMENT is hereby entered REMANDING this case for further proceedings.  This case is DISMISSED.**


Date: August 14, 2008                                JAMES BONINI, CLERK


                                                   */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk