IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kaye J. Harper,  :

    Plaintiff  :  Case No. 2:07-cv-00764

v.  :  Judge Sargus

Michael J. Astrue,  :  Magistrate Judge
Commissioner of Social Security,
  :
    Defendant
  :

## ORDER

Plaintiff Kaye J. Harper's unopposed October 16, 2008 motion for attorney fees under the Equal Access to Justice Act (doc. 21) is GRANTED. Plaintiff is awarded attorney fees in the amount of $3,198.00.

                                                1-20-2009
                                          Edmund A. Sargus, Jr.
                                          United States District Judge